STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Steven Robert Nary

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT NARY,<br><br>        Petitioner,<br><br>    Vs.<br><br>JAMES D. HARTLEY,<br><br>        Respondent. | No. C-11-02795-CRB<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING EXTENSION OF TIME TO FILE RESPONSE TO RESPONDENT'S MOTION TO DISMISS<br><br>Honorable Charles R. Breyer |

IT IS HEREBY STIPULATED by and between Respondent, by his attorney, Deputy Attorney General Stacey D. Schesser and the Petitioner, by his attorney, Steven F. Gruel, that the Petitioner, with the Court's permission, may have until October 13, 2011 to respond to Respondent's Motion to Dismiss.   This request is predicated on the fact that counsel for the Petitioner has an extremely pressing work schedule which  includes several opening briefs due in the next few weeks in the Ninth Circuit Court of Appeals; several ongoing cases involving state and federal criminal prosecutions including prosecutions outside the Northern District of

*STIPULATION AND [PROPOSED]*

1  California and a civil trial set to commence on September 6, 2011.  The Respondent does not

2  oppose Petitioner's  request for an extension of time to respond.

3       IT IS SO STIPULATED.

4

5  Dated:  August 29, 2011      ____/s/_____

6                                STEVEN F. GRUEL
                               Attorney for Steven Robert Nary

7  Dated:  August 29, 2011      _____/s/_____

8                                STACEY D. SCHESSER
                               Attorney for James D. Hartley

9

10                        [~~PROPOSED~~] ORDER

11

12       As stipulated above, the Petitioner's response to the Respondent's Motion To Dismiss

13  shall be filed on or before October 13, 2011.

14  IT IS SO ORDERED.

15

16   Dated:  8/31/2011      _____

17                          HONORABLE CHARLES
                           United States D

18

19

20

21

22

23

24

25

26



*STIPULATION AND [PROPOSED]*