|   |   |
|---|---|
| 1 | STEVEN F. GRUEL (CSBN 213148) |
| 2 | 315 Montgomery Street, 9th Floor<br>San Francisco, California 94104<br>Telephone Number (415) 989-1253 |
| 3 | Fax Number (415) 449-3622 |
| 4 | attystevengruel@sbcglobal.net |
| 5 | www.gruellaw.com |
| 6 | Attorney for Steven Robert Nary |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN ROBERT NARY,

    Petitioner,

Vs.

JAMES D. HARTLEY,

    Respondent.

No. C-11-02795-CRB

STIPULATION AND [PROPOSED] ORDER PERMITTING EXTENSION OF TIME TO FILE RESPONSE TO RESPONDENT'S MOTION TO DISMISS

Honorable Charles R. Breyer

IT IS HEREBY STIPULATED by and between Respondent, by his attorney, Deputy Attorney General Stacey D. Schesser and the Petitioner, by his attorney, Steven F. Gruel, that the Petitioner, with the Court's permission, may have until October 13, 2011 to respond to Respondent's Motion to Dismiss. This request is predicated on the fact that counsel for the Petitioner has an extremely pressing work schedule which includes several opening briefs due in the next few weeks in the Ninth Circuit Court of Appeals; several ongoing cases involving state and federal criminal prosecutions including prosecutions outside the Northern District of

*STIPULATION AND [PROPOSED]*

California and a civil trial set to commence on September 6, 2011.  The Respondent does not oppose Petitioner's  request for an extension of time to respond.

  IT IS SO STIPULATED.


Dated:  August 29, 2011      ___/s/_____
   STEVEN F. GRUEL
   Attorney for Steven Robert Nary


Dated:  August 29, 2011      _____/s/_____
   STACEY D. SCHESSER
   Attorney for James D. Hartley


[PROPOSED] ORDER

  As stipulated above, the Petitioner's response to the Respondent's Motion To Dismiss shall be filed on or before October 13, 2011.

IT IS SO ORDERED.

  Dated:  8/31/2011     _____
   HONORABLE CHARLES
   United States D



STIPULATION AND [PROPOSED]