STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Steven Robert Nary

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROBERT NARY,<br><br>      Petitioner,<br><br>Vs.<br><br>JAMES D. HARTLEY,<br><br>      Respondent. | No. C-11-02795-CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING EXTENSION OF TIME TO FILE RESPONSE TO RESPONDENT'S MOTION TO DISMISS<br><br>Honorable Charles R. Breyer |

IT IS HEREBY STIPULATED by and between Respondent, by his attorney, Deputy Attorney General Stacey D. Schesser and the Petitioner, by his attorney, Steven F. Gruel, that the Petitioner, with the Court's permission, may have until November 29, 2011 to respond to Respondent's Motion to Dismiss. This request is predicated on the fact that counsel for the Petitioner has an extremely pressing work schedule which includes finishing several opening briefs due in the next few weeks in the Ninth Circuit Court of Appeals; several ongoing cases involving state and federal criminal prosecutions including prosecutions outside the Northern

*STIPULATION AND [PROPOSED]*

District of California. The Respondent does not oppose Petitioner's request for an extension of time to respond.

   IT IS SO STIPULATED.

Dated: October 11, 2011     ___/s/_____
                              STEVEN F. GRUEL
                              Attorney for Steven Robert Nary

Dated: October 11, 2011     _____/s/_____
                              STACEY D. SCHESSER
                              Attorney for James D. Hartley

<u>[PROPOSED] ORDER</u>

   As stipulated above, the Petitioner's response to the Respondent's Motion To Dismiss shall be filed on or before November 29, 2011.

IT IS SO ORDERED.

Dated:                    _____
Oct. 18, 2011              HONORABLE CHARLES R. BREYER
                           United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED]